UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                   Case No. 03-CR-240

STEVEN W. VAN BELLINGER,

      Defendant.

## FINAL ORDER AND JUDGMENT

The court, having considered the motion of the United States of America together with the affidavit of Assistant United States Attorney William J. Roach, and being satisfied that the terms and provisions of Title 18, United States Code, Section 924(d) and Title 21, United States Code, Section 853 have been satisfied,

**IT IS ORDERED**, pursuant to Title 18, United States Code, Section 924(d) and Title 21, United States Code, Section 853, that the United States of America has clear title to the following property and may dispose of according to law:

1. One .38 caliber Atic Colt Pistol, Serial Number 31172;
2. One .454 caliber Taurus International Raging Bull Revolver, Serial Number 9542;
3. One .22 caliber H&R 1871 Inc. Sidekick 930 Revolver, Serial Number T21229;
4. One 25-06 caliber Savage Arms Inc., Serial Number F778578;
5. One 7.9 mm Egyptian made Rifle, Serial Number 38618;
6. One 7.5mm 1949-56 M.A.S. Rifle, Serial Number H15634;
7. One 30-30 caliber 30AS Marlin Rifle, Serial Number 07003477;
8. One .22 caliber 995 Marlin Rifle, Serial Number 09402270;
9. One Rifle, Serial Number 8103434;
10. One .223 caliber Ruger Ranch Rifle, Serial Number 187-61803;
11. One .223 caliber Rifle, Serial Number 7039038;
12. One .410 caliber Rossi Rifle, Serial Number SP370496 and .22 caliber barrel;
13. One .22 caliber Jennings J-22 Pistol, Serial Number 052522;
14. One .357 caliber Ruger Blackhawk Revolver, Serial Number 32-06265;
15. One .22 caliber Herbert Schmidt model 21 S Revolver, Serial Number 767504;
16. One .45 caliber Llama/Gabilondo Max I Pistol, Serial Number 07-04-01811-99;

17. One 7.65mm Sauer & Sohn (Sons) Pistol, Serial Number 129032;
18. One .32 caliber Remington Arms Company UMC Pistol, Serial Number PA66572;
19. One .25 caliber Astra Pistol, Serial Number 964481;
20. One .22 caliber Star, Bonifacio Echeverria Pistol, Serial Number F903256;
21. One .22 caliber High Standard Sport King Pistol, Serial Number ML76355;
22. One .22 caliber Star, Bonifacio Echeverria Pistol, Serial Number F765453;
23. One .45 caliber Star, Bonifacio Echeverria model Firestar Pistol, Serial Number 04512-95;
24. One .22 caliber North American Arms Revolver, Serial Number G11933;
25. One .40 caliber Star, Bonifacio Echeverria model Firestar Pistol, Serial Number 2165045;
26. One 9mm Pistol, Serial Number J09568;
27. One Marlin Revolver, No Serial Number;
28. One 9mm Star, Bonifacio Echeverria Firestar Pistol, Serial Number 2113812;
29. One .22 caliber Rossi M515 Revolver, Serial Number L045015;
30. One .22 caliber High Standard Pistol, Serial Number 20361;
31. One Forehand Arms Company British Bulldog Revolver, Serial Number 65929;
32. One 12 gauge Remington Arms Company Shotgun, Serial Number 401494;
33. One 9mm Bergmann (Theodor) Rifle, Serial Number 38170;
34. One 12 gauge Tryon Special Shotgun, Serial Number 13882F;
35. One 7.62mm Rifle, Serial Number 21306;
36. One 8mm S1922 Revolver, Serial Number L28857;
37. One .38 caliber Revolver, Serial Number 266;
38. One .22 caliber Tanfoglio F.LL1, S.N.C. TA 22 Revolver; Serial Number 97777;
39. One .22 caliber High Standard Sentinel Revolver, Serial Number 1092639;
40. One .7-30 caliber Thompson/Center Arms Company Super 14 Pistol, Serial Number 357374;
41. One 30-30 caliber Winchester 94 Rifle, Serial Number 2839425;
42. One .22 caliber Hamilton Rifle Company 27 Rifle, No Serial Number;
43. One .22 caliber Remington Arms Company Six Rifle, Serial Number 418167;
44. One 7.62mm SKS Rifle, Serial Number PC309;
45. One 20 gauge Mossberg 385KB Shotgun, Serial Number 1188868;
46. One .22 caliber Winchester 77 Rifle, Serial Number 6731;
47. One .458 caliber Rifle, Serial Number 958K3;
48. One 30-30 caliber Winchester 94 Rifle, Serial Number 2481583;
49. One Shotgun, Serial Number 1613144;
50. One .44 caliber Winchester Belgium Revolver, Serial Number 2051;
51. One 9mm Machine gun, No Serial Number;
52. One 9mm Hipoint C Pistol, Serial Number P211257;
53. One Japanese made Rifle, No Serial Number;
54. One HVA 1942 Rifle, Serial Number 663240;
55. One .22 caliber Winchester 63 Rifle, Serial Number 128300A;
56. One 12 gauge Hopkins and Allen Shotgun, No Serial Number;
57. One Rifle, Serial Number H3338;
58. One Rifle, Serial Number 397709;
59. One Rifle, Serial Number 64414;
60. One .22 caliber Winchester 06 Rifle, Serial Number 503580;
61. One 12 gauge Western Arms Company Shotgun, No Serial Number;

62. One 12 gauge Iver Johnson Champion Rifle, No Serial Number;
63. One Central Arms Company 1929 Shotgun, Serial Number 37562;
64. One .22 caliber Winchester 1902 Rifle, No Serial Number;
65. One Charter Arms Explorer 2 Pistol, Serial Number B010034;
66. One .38 caliber Harrington and Richardson Defender Special Revolver, No Serial Number; and
67. One Type M-11, 9mm Luger caliber machine gun, with no serial number.

**IT IS FURTHER ORDERED**, that the United States of America shall return to Cheryl Van Bellinger, N6720 Parkway Road, Crivitz, Wisconsin, c/o Terrie Cornelius, 1310 Brocoin Way, Green Bay, Wisconsin, the one .44 caliber Colt 1861 Revolver, Serial Number 5648; one .44 caliber Colt Frontier Pistol, Serial Number SA67392; one .44 caliber Colt Frontier Revolver, Serial Number SA67391; and one .303 caliber Rifle, Serial Number 23377.

Dated at Green Bay, Wisconsin, this 25th day of May, 2005.

    s/ William C. Griesbach
    HONORABLE WILLIAM C. GRIESBACH
    United States District Judge